(86 South. 162)

GANN v. STATE. (7 Div. 627.)

(Court of Appeals of Alabama. June 29, 1920.)

CRIMINAL LAW ☜1094—WHERE NO BILL OF EXCEPTIONS, CONVICTION AFFIRMED, IN ABSENCE OF ERROR IN RECORD.

Where there is no bill of exceptions, and no error is found in the record, a judgment of conviction will be affirmed.

Appeal from Circuit Court, Calhoun County; H. D. Merrill, Judge.

Will Gann was convicted of manufacturing liquor, and appeals. Affirmed.

Willett & Walker, of Anniston, for appellant.

J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions, and we find no error in the record. The judgment is affirmed.

Affirmed.